In the Matter of the Will of SAMUEL SMYTH, Deceased.

SAMUEL SMYTH, JR., et al., as Executors of SAMUEL SMYTH, Deceased, et al., Appellants; DAVID W. SMYTH, Deceased, Respondent.

(Argued May 18, 1936; decided June 2, 1936.)

*James A. Dayton* for appellants.

*Ralph Royall* and *James G. Holland* for respondent.

Order affirmed, with costs to both parties payable out of the estate. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.